**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PENNMONT BENEFIT SERVICES, INC.**<br>**200 West 4th Street**<br>**Bridgeport, PA 19405**<br><br>**and**<br><br>**JOHN J. KORESKO, V**<br>**1159 Seaton Ross Road**<br>**Radnor, PA 19087**<br><br>**Plaintiffs,**<br>**v.**<br><br>**INTERNAL REVENUE SERVICE,**<br>**1111 Constitution Avenue N.W.**<br>**Washington, DC 20224**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No.______** |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), as amended, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiffs, PennMont Benefit Services, Inc. ("PennMont") and John J. Koresko, V ("Koresko"), by defendant, the Internal Revenue Service ("IRS").

**Jurisdiction and Venue**

2. This Court has subject matter and personal jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331, because this is an action to enforce the FOIA. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

**Parties**

3. Plaintiff, PennMont, the requester of the agency records that have been improperly withheld, is a corporation organized and existing under the laws of Pennsylvania.

4. Plaintiff, Koresko, the requester of the agency records that have been improperly withheld, is an individual residing at 1159 Seaton Ross Road, Radnor, Pennsylvania 19087.

5. Defendant, the IRS, is a component entity of the Department of the Treasury, which is a Department of the Executive Branch of the United States Government. The IRS has its headquarters in Washington, DC, within this judicial district. The IRS is an "agency" within the meaning of 5 U.S.C. § 552(f). The IRS has possession and control of the records requested by plaintiffs.

**Plaintiffs' FOIA Request**

6. On October 6, 2006, plaintiffs filed a request for information pursuant to 5 U.S.C. § 552 et seq. A true and correct copy of plaintiffs' FOIA request is attached to this Complaint as Exhibit A. Plaintiffs' FOIA request made clear that plaintiffs would not consent to any extensions of time to comply with the request.

7. On November 13, 2006, defendant sent a letter to plaintiffs' counsel stating:

> We are unable to respond to your request by November 15, 2006, which is the 20 business-day period prescribed by law. We apologize for any inconvenience this delay may cause. You may expect a response by January 19, 2007. Since an administrative appeal is limited to a denial of records, it does not apply in this situation. However, you may instead file suit after the statutory time period for response has lapsed.

The letter is attached hereto as Exhibit B.

8. To date, defendant has not provided the records requested by plaintiffs in the FOIA request, notwithstanding FOIA's requirement of an agency response within twenty (20) working days.

9. Pursuant to 5 U.S.C. § 552(a)(6)(C), plaintiffs are deemed to have exhausted the applicable administrative remedies with respect to its FOIA request to defendant.

10. Defendant has wrongfully withheld the requested records from plaintiffs.

**<u>Prayer for Relief</u>**

WHEREFORE, plaintiffs pray that this Court:

(1) Order defendant to disclose the requested records in their entireties and make copies available to plaintiffs;

(2) Provide for expeditious proceedings in this action;

(3) Award plaintiffs their costs and reasonable attorneys fees incurred in this action; and

(4) Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Christopher S. Rizek
D.C. Bar No. 370796
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Washington, D.C. 20005
(202) 862-8852

Charles M. Ruchelman
D.C Bar No. 489092
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Washington, D.C. 20005
(202) 862-7834

Attorneys for Plaintiff



 Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
202-862-5000 202-429-3301 Fax
www.caplindrysdale.com

202-862-7834 Direct
CMR@capdale.com

October 6, 2006

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**
IRS FOIA Request
Springfield Disclosure Office
SE:S:MS:C&L:GLDA1:SPR
955a South Springfield Ave.
Springfield, NJ 07081

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**
Disclosure Office 2
Room 3214
600 Arch Street
Philadelphia, PA 19106

**BY FACSIMILE (856-414-6472) AND REGULAR MAIL**
Charles R. Clark
Internal Revenue Service Agent
Small Business/Self-Employed
Badge # 22-06261
57 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002

**BY FACSIMILE (973-645-4759) AND REGULAR MAIL**
Brian Derdowski, Esq.
Office of Chief Counsel, IRS
One Newark Center
Suite 1500
Newark, NJ 07102

*Re: John J. Koresko, V and PennMont Benefit Services, Inc.*

Dear Sir or Madam:

This is a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). A Power of Attorney authorizing us to receive this information on behalf of John J.

EXHIBIT
A



Koresko, V ("Koresko") and PennMont Benefit Services, Inc. ("PennMont") is on file with the IRS.

Pursuant to FOIA, Koresko and PennMont hereby request any and all documents relating to the Internal Revenue Service ("IRS") assessment/charge/imposition of the penalty under Section 6708 of the Internal Revenue Code on Koresko and/or PennMont that was made on or about October 2, 2006 (the "Section 6708 Assessment"). Please note that the term "document" in this request is intended to include the full panoply of documents that meet that definition under the FOIA.

Further, we request the following:

1. Any and all documents relating to the IRS's decision to make the Section 6708 Assessment, including but not limited to the executed IRS Form 8278.

2. Any and all documents identifying the IRS personnel who were involved in the IRS's decision to make the Section 6708 Assessment and any and all documents that were provided to, prepared by, or reviewed by those individuals that relate in any way to the decision to make the Section 6708 Assessment.

3. Any and all documents identifying the IRS personnel who were designated with authority to make the Section 6708 Assessment and any and all documents provided to, prepared by, or reviewed by those individuals that relate in any way to the decision to make the Section 6708 Assessment.

4. Any and all documents pertaining to the IRS administrative procedures regarding making an assessment under Section 6708 of the Internal Revenue Code.

5. Any and all correspondence between the Internal Revenue Service and the Department of Labor regarding Koresko or PennMont.

6. Any and all documents that identify any IRS personnel who recommended that Koresko or PennMont. be examined under Section 6700 of the Internal Revenue Code.

7. Any and all documents that identify any IRS personnel who recommended that Koresko or PennMont be provided with a list maintenance request under Section 6112 of the Internal Revenue Code.

8. Any and all documents pertaining to IRS delegation orders regarding assessments under Section 6708 of the Internal Revenue Code.

9. Any and all documents containing one or more of the following names of persons, entities or things: "John Koresko," "John J. Koresko," "John J. Koresko, V," "Lawrence Koresko," "Lawrence M. Koresko," "Koresko & Associates," "Penn-Mont Benefit Services," "PennMont Benefit Services," "REAL VEBA," "Variable 412(i)," "U.S. Patent no. US 6,963,852 B2," "6,963,852," or "SYSTEM AND METHOD FOR CREATING A DEFINED BENEFIT PENSION PLAN FUNDED WITH A VARIABLE LIFE INSURANCE POLICY AND/OR A VARIABLE ANNUITY POLICY."

10. Any and all documents written or received by IRS employees James Holland or John Marien and (a) relating to any of the persons or entities named in paragraph 9; or (b) "Lawrence Starr" or "Larry Starr" containing the names of the persons, entities or things named in paragraph 9, or (c) connected to or in any way referring to the lawsuit Koresko v. Bleiweis et al, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 04-CV-769

Please mail copies of the requested documents to me at the address shown above. The IRS is authorized to charge Caplin & Drysdale for the costs, up to $1,000.00, of searching for the documents described above, making any necessary deletions or redactions from them, and making the requested copies. If such costs are estimated to exceed $1,000.00, please contact me at (202) 862-7834 with the estimate and for further authorization.

Should it be asserted that any portion of the requested documents is exempt from disclosure under the FOIA, please provide us with a copy of the portion(s) considered not exempt. Further, with respect to each document (or any portion thereof) that you believe is exempt from disclosure, please provide us with the following information:

1. The title of the document;
2. The date (if any) of the document;
3. The author(s) of the document;
4. The recipient(s) of the document, including both the addressee and any individuals to whom copies were directed;
5. A factual description of the document;
6. A statement of the specific exemption(s) claimed under the statutory provisions;

7. The justification for claiming the exemption(s).

Any correspondence concerning this request should be sent to me at the address shown above. Please note in advance, however, that the taxpayer does not intend to agree to any extensions of the statutory deadlines for responding to this request that are set forth in the FOIA and accompanying regulations.

Please contact us if you have any questions or concerns. I may be reached at 202-862-7834 and my colleague, Christopher S. Rizek, may be reached at 202-862-8852. Thank you very much for your attention to this matter.

Very truly yours,

Charles M. Ruchelman

# MESSAGE CONFIRMATION

10/06/2006 12:58
ID=CAPLIN & DRYSDALE

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 10/06 | 00'57" | 856 414 6472 | CALLING | 005 | OK | 0000 |

10/06/2006 12:44 CAPLIN & DRYSDALE → 36#6947#336#18564146472# NO.199 P001

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005-5802
202-862-5000 202-429-3301 Fax
www.caplindrysdale.com

## Facsimile

| | | | |
|---|---|---|---|
| To: | Charles R. Clark | Client Number: | 6947 |
| Fax Number: | 856/414-6472 | Attorney Number: | 336 |
| Confirmation No: | | Number of Pages: | 5 |
| From: | Charles Ruchelman | Phone: | 202/862-7834 |
| Subject: | | Date: | 10/6/06 |
| Time Sent: | | Operator: | |

**COMMENTS:**



Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005-5802
202-862-5000 202-429-3301 Fax
www.caplindrysdale.com

# Facsimile

| To: | Charles R. Clark | Client Number: | 6947 |
|---|---|---|---|
| Fax Number: | 856/414-6472 | Attorney Number: | 336 |
| Confirmation No: | | Number of Pages: | 5 |
| From: | Charles Ruchelman | Phone: | 202/862-7834 |
| Subject: | | Date: | 10/6/06 |
| Time Sent: | | Operator: | |

**COMMENTS:**

**FACSIMILE COVER PAGE**

This message is for the use of the intended recipient only. It is from a law firm and may contain information that is privileged and confidential. If you are not the intended recipient any disclosure, copying, future distribution, or use of this communication is prohibited. If you have received this communication in error, please advise us by return e-mail, or if you have received this communication by fax advise us by telephone and delete/destroy the document.

**FOR ASSISTANCE PLEASE CALL (202) 862-5044**

# MESSAGE CONFIRMATION

10/06/2006 12:48
ID=CAPLIN & DRYSDALE

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 10/06 | 01'27" | 973 645 4759 | CALLING | 005 | OK | 0000 |

10/06/2006 12:46 CAPLIN & DRYSDALE → 36#6947#336#19736454759# NO.200 P001

Caplin & Drysdale
ATTORNEYS
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005-5802
202-862-5000 202-429-3301 Fax
www.caplindrysdale.com

# Facsimile

| | | | |
|---|---|---|---|
| To: | Brian Derdowski | Client Number: | 6947 |
| Fax Number: | 973/645-4759 | Attorney Number: | 336 |
| Confirmation No: | | Number of Pages: | 5 |
| From: | Charles Ruchelman | Phone: | 202/862-7834 |
| Subject: | | Date: | 10/6/06 |
| Time Sent: | | Operator: | |

**COMMENTS:**



Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005-5802
202-862-5000 202-429-3301 Fax
www.caplindrysdale.com

# Facsimile

| To: | Brian Derdowski | Client Number: | 6947 |
|---|---|---|---|
| Fax Number: | 973/645-4759 | Attorney Number: | 336 |
| Confirmation No: | | Number of Pages: | 5 |
| From: | Charles Ruchelman | Phone: | 202/862-7834 |
| Subject: | | Date: | 10/6/06 |
| Time Sent: | | Operator: | |

**COMMENTS:**

**FACSIMILE COVER PAGE**

This message is for the use of the intended recipient only. It is from a law firm and may contain information that is privileged and confidential. If you are not the intended recipient any disclosure, copying, future distribution, or use of this communication is prohibited. If you have received this communication in error, please advise us by return e-mail, or if you have received this communication by fax advise us by telephone and delete/destroy the document.

**FOR ASSISTANCE PLEASE CALL (202) 862-5044**

ARTICLE
7106 4575 1292 5279 2293
NUMBER

LINE 1•

IRS FOIA Request
Charles R. Clark, Agent
Small Business/Self-Employed
Badge #22-06261
57 Haddonfield Rd., Suite 120
Cherry Hill, NJ 08002

WALZ CERTIFIED MAILER™ FROM MOORE
1-800-882-3811
FORM #35662

REFERENCE: CMR-6947

1A53

ARTICLE
7106 4575 1292 5279 2309
NUMBER

LINE 1•

IRS FOIA Request
Disclosure Office 2
Room 3214, 600 Arch Street
Philadelphia, PA 19106

WALZ CERTIFIED MAILER™ FROM MOORE
1-800-882-3811
FORM #35662

REFERENCE: CMR-6947

1A53

REFERENCE: CMR-6947

IRS FOIA Request
Springfield Disclosure Office
SE:S:MS:C&L:GLDAI:SPR
955a South Springfield Avenue
Springfield, NJ 07081

LINE 1•

WALZ CERTIFIED MAILER™ FROM MOORE 1-800-882-3811 FORM #3566Z

ARTICLE NUMBER 7106 4575 1292 5279 2446

Caplin & Drysdale ATTORNEYS | Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005-5802

IRS FOIA Request
Charles R. Clark
Internal Revenue Service Agent
Small Business/Self-Employed
Badge # 22-06261
57 Haddonfield Road, Suite 120
Cherry Hill, New Jersey 08002

REFERENCE: CMR-6947

IRS FOIA Request
Brian Derdowski
Office of Chief Counsel, IRS
One Newark Center, Suite 1500
Newark, NJ 07102

LINE 1•

WALZ CERTIFIED MAILER™ FROM MOORE 1-800-882-3811 FORM #3566Z

ARTICLE NUMBER 7106 4575 1292 5279 2026

Caplin & Drysdale ATTORNEYS | Caplin & Drysdale, Chartered One Thomas Circle, NW, Suite 1100 Washington, DC 20005-5802

IRS FOIA Request
Springfield Disclosure Office
SE:S:MS:C&L:GLDA1:SPR
955a South Springfield Ave.
Springfield, NJ 07081

Caplin & Drysdale ATTORNEYS | Caplin & Drysdale, Chartered One Thomas Circle, NW, Suite 1100 Washington, DC 20005-5802

IRS FOIA Request
Disclosure Office 2
Room 3214
600 Arch Street
Philadelphia, PA 19106

Caplin & Drysdale ATTORNEYS | Caplin & Drysdale, Chartered One Thomas Circle, NW, Suite 1100 Washington, DC 20005-5802

IRS FOIA Request
Brian Derdowski, Esq.
Office of Chief Counsel, IRS
One Newark Center
Suite 1500
Newark, NJ 07102

2. Article Number

7106 4575 1292 5279 2446

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

IRS FOIA Request
Springfield Disclosure Office
SE:S:PDS:GLD:GLDA1:SPR
955 South Springfield Avenue
Springfield, NJ 07081

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 10/10/06

C. Signature

X [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, June 2000 Domestic Return Receipt

CMR-6947

---

2. Article Number

7106 4575 1292 5279 2309

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

IRS FOIA Request
Disclosure Office 2
Room 3214, 600 Arch Street
Philadelphia, PA 19106

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Faith Alston

B. Date of Delivery 10/12

C. Signature

X Faith Alston

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, June 2000 Domestic Return Receipt

CMR-6947

umber

4575 1292 5279 2293

Type CERTIFIED MAIL

ed Delivery? *(Extra Fee)* ☐ Yes

Addressed to:

IRS FOIA Request
Charles R. Clark, Agent
Small Business/Self-Employed
Wedge #22-06261
57 Haddonfield Rd., Suite 120
Cherry Hill, NJ 08002

Charles Ruchelman

3811, June 2000
CMR-6947

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 10-10-06

C. Signature

X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Domestic Return Receipt

---

umber

4575 1292 5279 2026

Type CERTIFIED MAIL

ed Delivery? *(Extra Fee)* ☐ Yes

Addressed to:

IRS FOIA Request
Aron Berdowski
Office of Chief Counsel, IRS
One Newark Center, Suite 1500
Newark, NJ 07102

Charles Ruchelman

3811, June 2000
MR-6947

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Dominick Banks

B. Date of Delivery 10/13/06

C. Signature

X Dominick Banks ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Domestic Return Receipt



SMALL BUSINESS/SELF-EMPLOYED DIVISION

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

November 13, 2006

Charles M. Ruchelman, Esq.
Caplin & Drysdale, Chartered
One Thomas Circe, NW, Suite 1100
Washington, DC 20005

RE: John J. Koresko, V and PennMont Benefit Services, Inc.

Dear Mr. Ruchelman:

This is in reference to your Freedom of Information Act (FOIA) request dated October 6, 2006, and received in our office on October 12, 2006. We are unable to respond to your request by November 15, 2006, which is the 20 business-day period prescribed by law. We apologize for any inconvenience this delay may cause. You may expect a response by January 19, 2007. Since an administrative appeal is limited to a denial of records, it does not apply in this situation. However, you may instead file suit after the statutory time period for response has lapsed.

The FOIA process is not an additional avenue of recourse during administrative tax proceedings; it merely provides access to existing records. Extending the time period for our response to your request has no bearing on any ongoing tax matter such as the collection due process or an examination appeal.

## STATUTORY EXTENSION OF TIME FOR RESPONSE

In certain situations the FOIA allows us to invoke an additional ten-day statutory extension. To respond to your request, we require additional time to search for, collect, and review responsive records from other locations. Therefore, we have extended the statutory response date (after which you can file suit), to November 29, 2006, as provided for in the FOIA (5 U.S.C. 552(a)(6)(B)).

## ADDITIONAL EXTENSION OF TIME LIMIT

We realize we will be unable to locate and consider releasing the Internal Revenue Service records covered by your request by the expiration of the statutory period. Therefore, we extended the response date to January 19, 2007, by which time we reasonably believe we can provide a final response to your request.



If you agree to this extension, no reply to this letter is necessary. If we subsequently deny your request, you still have the right to file an administrative appeal. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If you do not agree to an extension beyond the statutory period, and do not want to modify the scope of your request, you may file suit. See 5 U.S.C 552(a)(6)(C)(i), and 26 CFR 601.702(c)(12). You may file suit in the U.S. District Court where you reside or have your principal place of business, where the records are located, or in the District of Columbia.

You may file suit no earlier than November 29, 2006. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

Commissioner of Internal Revenue
Attention: CC:PA:DPL
1111 Constitution Avenue, NW
Washington, D.C. 20224

**CONTACT INFORMATION**

Should you have any questions concerning this correspondence, you may contact Senior Disclosure Specialist Anne Jensen, ID # 28-03654, by calling 215-516-7124 or by writing to: Internal Revenue Service, Disclosure Office 2, 600 Arch Street, Room 3214, Philadelphia, PA, 19106. Please refer to case number 02-2007-00134.

Sincerely,

*for* C. J. Mills
Disclosure Manager
Badge #23-06936
Disclosure Office 2
Philadelphia, PA

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

PENNMONT BENEFIT SERVICES, INC., AND JOHN J. KORESKO, V

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Christopher S. Rizek and Charles M. Ruchelman
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Washington DC 20005
202-862-5000

**DEFENDANTS**

INTERNAL REVENUE SERVICE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) 11001
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES

(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ○ A. *Antitrust*

- ☐ 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)* OR ○ F. *Pro Se General Civil*

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 U.S.C. 552; Plaintiffs seek disclosure and release of agency records improperly withheld from plaintiffs.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** ____ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** January 12, 2007 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.