IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNMONT BENEFIT SERVICES, INC. AND JOHN J. KORESKO, V <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 07-67 (RMU) ) Judge Urbina ) ) ) ) |

## AFFIDAVIT OF SERVICE

Pursuant to Local Rule 5.3, I, Charles M. Ruchelman, hereby declare and state as follows.

1. I am one of the attorneys for plaintiffs in this case. I am filing this affidavit of service in connection with the complaint filed on January 12, 2007.

2. On January 16, 2007, I caused the defendant Internal Revenue Service to be served with the summons and complaint via certified mail, return receipt requested. Service was acknowledged on January 22, 2007, as evidenced by the attached printout from the U.S. Postal Service for item Article No. 7106 4575 1292 5279 2262. The U.S. Postal Service Track & Confirm internet printout and the U.S. Postal Service Receipt for Certified Mail are attached hereto at Exhibit A. The U.S. Post Service Return Receipt was returned to plaintiffs' counsel but was unsigned. This Return Receipt is attached hereto at Exhibit B.

3. On January 16, 2007, I caused the United States Attorney for the District of Columbia to be served with the summons and complaint via certified mail, return receipt requested. Service was acknowledged on January 22, 2007, as evidenced by the U.S. Post Service Return Receipt (7106 4575 1292 5279 2255). The U.S. Postal Service Receipt and U.S. Post Service Return Receipt for Article No. 7106 4575 1292 5279 2255 are attached hereto at Exhibit C.

4. On January 16, 2007, I caused the Attorney General of the United States to be served with the summons and complaint via certified mail, return receipt requested. Service was acknowledged on January 22, 2007, as evidenced by the U.S. Post Service Return Receipt (7106 4575 1292 5279 2279). The U.S. Postal Service Receipt and U.S. Post Service Return Receipt for Article No. 7106 4575 1292 5279 2279 are attached hereto at Exhibit D.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on this 5th day of February, 2007.

Charles M. Ruchelman
D.C. Bar No. 489092
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, D.C. 20005
(202) 862-7834

Attorney for Plaintiffs
Caplin & Drysdale, Chartered



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7106 4575 1292 5279 2262
Detailed Results:
- Delivered, January 22, 2007, 6:46 am, WASHINGTON, DC 20224
- Notice Left, January 22, 2007, 5:22 am, WASHINGTON, DC 20224
- Arrival at Unit, January 22, 2007, 3:01 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

7106 4575 1292 5279 2262

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees

Postmark Here

Sent To:
Commissioner of Internal Revenue
Attention CC:PA
1111 Constitution Ave NW
Washington, DC 20224

PS Form 3800, June 2000        US Postal Service        **Certified Mail Receipt**

EXHIBIT A

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do        1/24/2007

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| [barcode] 7106 4575 1292 9279 2262 | A. Received by (Please Print Clearly) / B. Date of Delivery |
| 3. Service Type: CERTIFIED MAIL | C. Signature  X ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | D. Is delivery address different from item 1? ☐ Yes ☐ No  If YES, enter delivery address below: |
| 1. Article Addressed to: | |
| Commissioner of Internal Revenue  Attention: CC:PA  1111 Constitution Avenue, NW  Washington, DC 20224  CMR | |
| PS Form 3811, June 2000 | Domestic Return Receipt |

EXHIBIT B





**EXHIBIT C**

| US Postal Service<br>**Receipt for Certified Mail**<br>No Insurance Coverage Provided<br>Do Not Use for International Mail | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | CMR |

7106 4575 1292 5279 2279

Sent To:
U.S. Attorney General
950 Pennsylvania [Ave NW]
Washington, DC 20[530]

PS Form 3800, June 2000     US Postal Service     **Certified Mail Receipt**
2

---

2. Article Number
7106 4575 1292 5279 2279

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530

CMR

PS Form 3811, June 2000

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: JAN 22/07
C. Signature: X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

Domestic Return Receipt

**EXHIBIT D**