IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PENNMONT BENEFIT SERVICES, INC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-000673-RMU |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

### FIRST DEFENSE

Plaintiffs are only entitled to responsive documents to which no FOIA exemptions apply.

### SECOND DEFENSE

Plaintiffs are not entitled to costs or attorney's fees.

### THIRD DEFENSE

As its Third Defense, defendant responds to the enumerated allegations of the complaint as follows:

1.  Admits that Plaintiffs' action arises under the Freedom of Information Act ("FOIA"). Denies that agency records have been improperly withheld.

2.  Admits that to the extent jurisdiction exists, it exists under 5 U.S.C. § 552(a)(4)(B) and that venue is proper under 5 U.S.C. § 552(a)(4)(B); denies the remaining allegations contained in ¶ 2.

3. Admits that PennMont is a requestor of agency records. Denies the remaining allegations contained in ¶ 3.

4. Admits that Koresko is a requestor of agency records. Denies the remaining allegations contained in ¶ 4.

5. Admits the allegations contained in the first three sentences of ¶ 5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in ¶ 5.

6. Admits the allegations contained in ¶ 6.

7. Admits the allegations contained in ¶ 7.

8. Admits the allegations contained in ¶ 8.

9. Admits the allegations contained in ¶ 9.

10. Denies the allegations contained in ¶ 10.

## Prayer for Relief

This paragraph contains plaintiffs' prayer for relief to which no response is required. To the extent a response is required, defendant denies the allegations contained in this paragraph.

WHEREFORE, defendant prays that this Court:

A. Dismiss this action with prejudice; and

//

//

//

2216225.1

  B. Award such other and further relief as is just and proper in the circumstances.

Dated: February 16, 2007.

            /s/ Jennifer L. Best
            JENNIFER L. BEST
            Trial Attorney, Tax Division
            U.S. Department of Justice
            P.O. Box 227
            Ben Franklin Station
            Washington, D.C. 20044
            Telephone: (202) 307-0714
            jennifer.best@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2216225.1

## **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that the foregoing ANSWER was caused to be served this 16th day of February, 2007, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

        Christopher S. Rizek
        Charles M. Ruchelman
        Caplin & Drysdale
        One Thomas Circle, NW
        Suite 1100
        Washington, DC 20005

        /s/ Jennifer L. Best
        JENNIFER L. BEST

2216225.1