IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENNMONT BENEFIT SERVICES, INC. and JOHN J. KORESKO, V | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:07CV00067 (Judge Urbina) |
| v. | ) ) | |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

PURSUANT to the Court's Order of August 21, 2007, the parties submit this joint status report.

1.     This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), as amended, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiffs, PennMont Benefit Services, Inc. ("PennMont") and John J. Koresko, V ("Koresko"), by defendant, the Internal Revenue Service ("IRS").

2.     On October 6, 2006, plaintiffs filed a request for information pursuant to 5 U.S.C. § 552 et seq. Plaintiffs' FOIA request made clear that plaintiffs would not consent to any extensions of time to comply with the request.

3.     On November 13, 2006, defendant sent a letter to plaintiffs' counsel stating:

We are unable to respond to your request by November 15, 2006, which
is the 20 business-day period prescribed by law. We apologize for any

inconvenience this delay may cause. You may expect a response by
January 19, 2007. Since an administrative appeal is limited to a denial
of records, it does not apply in this situation. However, you may instead
file suit after the statutory time period for response has lapsed.

4.     On January 12, 2007, plaintiffs filed the Complaint in this action.

5.     By March 9, 2007, the IRS had produced no responses to the FOIA requests.

Accordingly, plaintiffs served limited discovery requests on the defendant.

6.     On or about April 4, 2007, June 4, 2007, and June 20, 2007, the IRS produced

several boxes of responsive materials and asserted exemptions from disclosure on well over a

thousand pages of material. Plaintiffs are continuing to review the produced materials as well

as the exemption claims.

7.     In light of the IRS production, on August 9, 2007, plaintiffs withdrew their

discovery requests.

8.     By letter dated September 11, 2007, plaintiffs requested that the IRS conduct a

more extensive search for a limited set of materials that had been requested in the initial FOIA

request. The IRS is currently searching for these materials.

9.     At this juncture, neither party contemplates filing a motion for summary

judgment, or otherwise, and the parties are working together to resolve the issues presented by

this case.

Respectfully submitted,

_Jennifer L. Best_

Jennifer L. Best
Counsel for Defendant
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0714

_Christopher S. Rizek_

Christopher S. Rizek
Counsel for Plaintiffs
D.C. Bar No. 370796
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-8852


_C M. Ruchelman_  9/21/07

Charles M. Ruchelman
Counsel for Plaintiffs
D.C Bar No. 489092
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-7834

## CERTIFICATE OF SERVICE

This is to certify that the foregoing STATUS REPORT was served this 21th day

of September, 2007, by the Court electronic court filing system and by depositing a

true and correct copy thereof in the United States mail, postage prepaid, addressed as

follows:

> Jennifer L. Best
> Trial Attorney, Tax Division
> U.S Department of Justice
> P.O. Box 227
> Ben Franklin Station
> Washington, D.C. 20044

> /s/ Charles M. Ruchelman
> CHARLES M. RUCHELMAN