IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNMONT BENEFIT SERVICES, INC., and JOHN J. KORESKO, V | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:07-cv-00067-RMU |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs, PennMont

Benefit Services, Inc., and John J. Koresko, V and defendant, the United States of America,

stipulate and agree as follows:

1.      Plaintiffs stipulate to the voluntarily dismissal of this case.

2.      Each party agrees to bear its own costs and attorneys fees.

3.      All costs incurred by the Internal Revenue Service to complete its responses to

plaintiffs' FOIA requests are to be borne by the Internal Revenue Service.

1

For Plaintiffs:

s/ Christopher S. Rizek
CHRISTOPHER S. RIZEK
CHARLES M. RUCHELMAN
Caplin & Drysdale, Chartered
One Thomas Circle N.W.
Washington, D.C. 20005
Telephone: (202) 862-8852
csr@capdale.com


Date: March 3, 2008

For Defendant:

s/ Jennifer L. Best
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0714
jennifer.best@usdoj.gov


Date: March 3, 2008

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Stipulation for Dismissal was served on this 3rd day of March, 2008, by the U.S. District Court for the District of Columbia's electronic court filing system and by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

Jennifer L. Best, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

s/ Charles M. Ruchelman
CHARLES M. RUCHELMAN